(34 South. 666.)

No. 14,256.

THIRD DISTRICT MARKET CO., Limited,. v. BOARD OF ASSESSORS et al.*

(Feb. 2, 1903.)

Appeal from Civil District Court, Parish of Orleans; John St. Paul, Judge.

Action by the Third District Market Company, Limited, against the board of assessors and others. Judgment for plaintiff. Defendants appeal. Reversed.

*Rehearing denied June 9, 1903.

Edward K. Skinner, for appellant board of assessors. Francis Charles Zacharie, for appellant state tax collectors. Henry Garland Dupré, Asst. City Atty., for appellant city of New Orleans. Frank Zengel, Clegg & Quintero, and Hugh S. Suthon, for appellee.

NICHOLLS, C. J. For the reasons assigned in the opinion of the court this day handed down in the case of C. N. Maestri v. Board of Assessors et al. (No. 14,259 on the docket of the court) 34 South. 658,[1] it is ordered, adjudged, and decreed that the judgment appealed from be avoided and reversed, and that the demand of the plaintiff company be rejected, at its costs in both courts.

BREAUX, J., dissents in this case for the reasons assigned by him in the case of C. N. Maestri v. Board of Assessors et al. (No. 14,259 on the docket of this court) 34 South. 663.